**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01968-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

        Plaintiff,

v.

DAVE & BUSTER'S INC., a Missouri corporation,

        Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     The Joint Motion to Stay the Proceedings for Sixty Days (Doc 4 - filed January 22, 2007) is **GRANTED**.  All filing dates and deadline dates are **STAYED up to and including March 20, 2007**.  The parties are directed to file status reports every 30 days.




Dated:  January 23, 2007
_____