**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01968-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

      Plaintiff,

v.

DAVE & BUSTER'S, INC., a Missouri corporation,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 13 - filed March 23, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:


    s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED:  March 26, 2007